## MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS FALL TERM, 1905.

CUTRELL v. CUTRELL. From Hyde. *H. S. Ward* for appellee. Dismissed under Rule 17.

PERRY v. GREENWICH INS. Co. From Halifax. *Busbee & Busbee* for petitioner; *Travis, Kitchin & Daniel, contra.* Petition to rehear by plaintiff dismissed.

LASSITER v. SUGG. From Greene. *Lindsay* for appellant; *Galloway* for appellee. Affirmed.

BROCK v. GOLDSBORO LUMBER Co. From Jones. *Moore* and *Guion* for plaintiff (appellant) ; *A. D. Ward* for defendant. Affirmed.

McKINNEY v. EDWARDS. From Greene. *Lindsay* for appellee. Dismissed under Rule 17.

COTTEN v. BRADLEY. From Edgecombe. *Fountain* for appellant; *Gilliam* for appellee. Affirmed.

BOURNE v. A. C. L. RAILROAD Co. From Edgecombe. *Bridgers* for petitioner; *Gilliam, contra.* The court being evenly divided (CONNOR, J., not sitting), petition to rehear dismissed.

FARLEY v. FARLEY. From Sampson. *Butler* for plaintiff (appellant) ; *Grady & Graham* for defendant. Affirmed.

SIKES v. CONSOLIDATED LIGHT AND POWER Co. From New Hanover. *Bryan* for plaintiff (appellant) ; *Meares* for defendant. Affirmed.

POLLOCK v. DUNN. From Lenoir. *Ormond* for plaintiff